**Order entered December 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00667-CV

**BASIC ENERGY SERVICES, L.P., Appellant**

**V.**

**EXCO RESOURCES, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07735-E**

## ORDER

Before the Court is appellant's December 18, 2015 second unopposed motion for extension of time to file brief. Appellant explains an extension is necessary because the reporter's record is incomplete, and the supplemental reporter's record has just been requested. Because the record is incomplete, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature. We **ORDER** court reporter Vikki L. Ogden to file the supplemental reporter's record no later than January 19, 2016 and further **ORDER** appellant to file its brief no later than February 18, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Ogden and all parties.

/s/ CRAIG STODDART
JUSTICE